## THIRD DISTRICT.


Emner Lee, defendant in error, v. T. J. Hankins, plaintiff in error.

Error to the Circuit Court of Christian county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the April term, 1920. Affirmed on conflicting evidence. Opinion filed October 27, 1920.

John E. Hogan and John M. Pfeifer, for plaintiff in error. Robert H. Patton, W. S. Greer and R. C. Neff, for defendant in error.

Mr. Presiding Justice Waggoner delivered the opinion of the court.


Frank Haas, administrator of estate of Bertha Haas, deceased, defendant in error, v. Walker D. Hines, director general of railroads, plaintiff in error.

Action to recover damages for death while riding in a buggy struck by a passenger train. Judgment for plaintiff. Error to the Circuit Court of Vermilion county; the Hon. John H. Marshall, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed October 27, 1920.

H. M. Steely and H. M. Steely Jr., for plaintiff in error. Isaac A. Love and Reuben B. Kilgore, for defendant in error.

Mr. Presiding Justice Waggoner delivered the opinion of the court.


The People of the State of Illinois, defendant in error, v. William Evans, plaintiff in error.

Conviction on charge of selling liquor in anti-saloon territory. Error to the County Court of Sangamon county; the Hon. John B. Weaver, Judge, presiding. Heard in this court at the April term, 1920. Reversed and remanded. Opinion filed October 27, 1920.

John G. Friedmeyer, for plaintiff in error. C. F. Mortimer, for defendant in error; Edward Pree and James M. Weldon, of counsel.

Mr. Presiding Justice Waggoner delivered the opinion of the court.


Harry J. Clark, appellee, v. Walker D. Hines, director general of railroads, appellant.

Action to recover damages caused by delay in arrival of stock cars. Judgment for plaintiff. Appeal from the Circuit Court of Morgan county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1920. Reversed and remanded. Opinion filed October 27, 1920.

Wilson & Butler, for appellant. William N. Hairgrove, for appellee.

Mr. Presiding Justice Waggoner delivered the opinion of the court.